UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                   CRIMINAL NO. 05-80407

v.                                     HON. GERALD E. ROSEN

D-1 DERRICK LAMONT ROBINSON,

        Defendant.
_____/

**ORDER FOR CONTINUANCE OF TRIAL DATE
AND FINDING OF EXCLUDABLE DELAY**

Upon this Court's consideration of the parties' stipulation for a continuance and the Court being apprised of the circumstances, IT IS ORDERED that the trial date be continued from December 13, 2005 until January 24, 2006 at 9:00 a.m..

**IT IS FURTHER ORDERED** that the time period between those dates shall be deemed excludable delay under the provisions fo the speedy Trial Act, 18 U.S.C. §3161, because considering the factors listed in section 3161(h)(8)(B) and the reasons given by the parties this Court finds that the ends of justice served by this delay outweigh the best interests of the defendant and the public in a speedy trial.

       **IT IS SO ORDERED.**

                                        **s/Gerald E. Rosen**
                                        **Gerald E. Rosen**
                                        **United States District Judge**

**Dated:  January 4, 2006**

**I hereby certify that a copy of the foregoing document was served upon counsel of record on**

**January 4, 2006, by electronic and/or ordinary mail.**

**s/LaShawn R. Saulsberry**
**Case Manager**